FRANK A. JONES, SR., as Administrator, etc., of FRANK A. JONES, JR., Deceased, Appellant, v. GESUALDO FREDERICO, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CITY OF OLEAN, Respondent, v. PENNSYLVANIA RAILROAD COMPANY and WESTERN NEW YORK AND PENNSYLVANIA RAILROAD COMPANY, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSE GRIFFIN, Appellant.— Judgment of conviction and orders affirmed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RENOLD ROCK, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. HERMAN W. REED, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to appellant to abide event, on the ground that the only question of fact is whether the sample taken from the receiving tank by Hughes was a fair sample of the defendant's milk. Considering the testimony of Dowd, the milk receiver at the station, as well as that of Fay, the inspector, and of Hughes, we are of the opinion that the verdict of the jury, which resolved this question in favor of the defendant, is contrary to the weight of evidence. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

WILLIAM C. PARROTT, Respondent, v. HARRY J. SMITH, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide the event unless the plaintiff shall within twenty days stipulate to reduce the verdict to the sum of $3,500 as of the date of rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MAURICE E. DAVIS, Respondent, v. FRANK L. COHEN, INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

ALICE LUMSDEN, as Administratrix, etc., of GEORGE LUMSDEN, Deceased, Respondent, v. DWIGHT P. ROBINSON & COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

LENA CLARK, as Administratrix of the Personal Estate of FREDERICK E. CLARK, Deceased, Respondent, v. MONARCH ENGINEERING COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

EDRA R. CHADWICK, as Administratrix, etc., of A. EUGENE CHADWICK, Deceased, Respondent, v. WILSON & GREENE LUMBER COMPANY, INCORPORATED, and ORRIN S. PARK, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.